IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:09-CV-2741-FCD-GGH |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| ISLAMIC MEAT AND POULTRY COMPANY, MOHAMED MESALLEM, and GIALAL SBETA, | ) | |
| Defendants. | ) | |

On October 23, 2009, the Court entered an Order approving the parties' settlement agreement (the Agreement) in this case. In the Agreement, defendants Islamic Meat and Poultry Company, Mohamed Mesallem and Gialal Sbeta agree to the entry of judgment against them, jointly and severally, and in favor of plaintiff United States of America.

Accordingly, it is ORDERED, ADJUDGED and DECREED that:

1. Judgment is ENTERED in favor of plaintiff United States of America and against defendants Islamic Meat and Poultry Company, Mohamed Mesallem and Gialal Sbeta, jointly and severally (Defendants), in the amount of $18,700;

2. Until the judgment is paid in full, interest shall ACCRUE at 6% interest per annum and compounded annually; and

3. The judgment shall be REDUCED to $12,500 with no interest accruing provided the Defendants comply with the reduced judgment repayment schedule set forth in the Agreement and timely file defendant Islamic Meat and Poultry Company's annual reports with the United States Department of Agriculture, Grain Inspection, Packers and Stockyards Administration for the next three reporting years (2010-2012), also as stated in the Agreement.

Dated: October 23, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE